## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CAUSE NO.:3:14-MC-11-JEM |
| ) | |
| RYAN ANDERSEN d/b/a ) | |
| RYNO MANAGEMENT, ) | |
| Respondent. ) | |

## OPINION

This matter is before the Court on a Motion for Hearing or Dismissal [DE 15], filed by Respondent, *pro se*, January 22, 2015. Respondent requests the Court dismiss the compliance ordered by this Court with a U.S. Environmental Protection Agency ("EPA") administrative subpoena.

Respondent previously filed a Motion for Hearing or Dismissal on December 17, 2014. The Petitioner responded January 5, 2015, and the Respondent did not reply. The Court denied the motion January 22, 2015, the same day the instant Motion was filed. The instant Motion does not provide any new facts to deny enforcement of the EPA's subpoena, but merely restates Respondent's objection to the amount of requested information. Accordingly, the Court's analysis contained in its January 22, 2015, Order and Opinion, which Respondent may not have yet received at the time of the instant Motion, continues to apply.

For the foregoing reasons, the Court hereby **DENIES** Motion for Hearing or Dismissal [DE 15]. The Court hereby **DIRECTS** the Clerk of Court to send a copy of the Court's January 22, 2015, Order and Opinion [DE 14].

SO ORDERED this 26th day of January, 2015.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record;  
      Ryan Andersen, *pro se*